**FILED**
February 17, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>           Plaintiff,                        )<br>v.                                                  )<br>                                                     )<br>KEVIN MARCUS LAMB,          )<br>                                                     )<br>           Defendant.                     ) | Case No. 2:17MJ00032-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEVIN MARCUS LAMB__ , Case No. __2:17MJ00032-AC-1__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $__

    ✔     Unsecured Appearance Bond $50,000.00

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond with Surety

    __     Corporate Surety Bail Bond

    ✔     (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

***The Defendant's release is delayed until 2/21/2017 at 9:00 a.m.***

Issued at __Sacramento, CA__ on __February 17, 2017__ at __2:39 pm__ .

By   /s/ Deborah Barnes
Deborah Barnes, United States Magistrate Judge

Copy 2 - Court